

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | Josh Franklin Sigal |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | 916) 554-2700 |

FILED
OCT 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:14-SW-0612  KJN

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:

  USPS First Class Mail Parcel, 9114999944238100845314, addressed to "Jordan Anderson, 3131 Memorial Ct Apt 20112, Houston, TX 77007-6278" (hereinafter referred to as "PARCEL ONE").

  USPS First Class Mail Parcel 9114999944238100845314 addressed to "Connor Hatcher, 628 NW 20th Street, Moore, Oklahoma 73160-3404" (hereinafter referred to as "PARCEL TWO").

  USPS First Class Mail Parcel 9114999944238100845321 addressed to "Cory Allen, 2820 Dominion Lane, Kennesaw, GA 30144" (hereinafter referred to as "PARCEL THREE").

  USPS First Class Mail Parcel 9114999944238100845369 addressed to "Eli Dampier-McClernon, 705 Frasier Street, Durham, NC 27704" (hereinafter referred to as "PARCEL FOUR").

  USPS First Class Mail Parcel 9114999944238100845291 addressed to "Chris Norman, 118 Norwest Drive, Norwest Drive, Norwood, MA 02062" (hereinafter referred to as "PARCEL FIVE").

**SEALED**

SEALING ORDER

**UNDER SEAL**

| | |
|---|---|
| 1 | USPS First Class Mail Parcel )|
| | 9114999944238100845345 addressed to )|
| 2 | "Tiffany Borregard, 4949 Gleaner Hall )|
| | Road, Ann Arbor, MI 48105-9284" )|
| 3 | (hereinafter referred to as "PARCEL )|
| | SIX"). )|
| 4 | )|
| | USPS First Class Mail Parcel )|
| 5 | 9114999944238100845277 addressed to )|
| | "Lowell Thomas, 29215 Harbour Vista )|
| 6 | Circle, Saint Augustine, FL 32080" )|
| | (hereinafter referred to as "PARCEL )|
| 7 | SEVEN"). )|
| 8 | USPS First Class Mail Parcel )|
| | 9114999944238100845338 addressed to )|
| 9 | "PAUL J GREGORY, 14306 KING TOM )|
| | PL, RUSKIN FL 33573-6720" )|
| 10 | (hereinafter referred to as "PARCEL )|
| | EIGHT"). )|
| 11 | |
| | USPS First Class Mail Parcel )|
| 12 | 9114999944238100845352 addressed to )|
| | "AKSHAY BHASIN, 220 JOHN STREET,)|
| 13 | 10203 THE PROVINCE, ROCHESTER, )|
| | NY 14623" (hereinafter referred to as )|
| 14 | "PARCEL NINE"). )|

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: October 23, 2014

_____
Hon. Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE